# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2020-0335, <u>Mark R. Longshore & a. v. US Bank National Association, as Trustee</u>, the court on June 8, 2021, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1).  The plaintiffs, Mark R. Longshore and Thomasina Longshore, appeal the order of the Superior Court (<u>O'Neill</u>, J.) entering summary judgment for the defendant, US Bank National Association, as Trustee, on their claims for breach of contract, negligent misrepresentation, and breach of the implied covenant of good faith and fair dealing.  The plaintiffs argue that there are genuine issues of material fact that preclude summary judgment in favor of the defendant.  We affirm.

The plaintiffs entered into a mortgage loan with the defendant.  They argue that the defendant breached the terms of the loan by increasing the installment payment amount, refusing to accept partial payments, and initiating foreclosure.  The trial court found that, following the plaintiffs' failure to pay real estate taxes, the loan documents expressly allowed the defendant to increase the payment amount, refuse to accept partial payments, and initiate foreclosure.  The court found that the defendant was not liable for negligent misrepresentation because it did not misrepresent facts in order to induce the plaintiffs to enter into the loan.  The court also found that the defendant did not breach the covenant of good faith and fair dealing because it had no duty to modify the loan.

As the appealing parties, the plaintiffs have the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's well-reasoned order, the plaintiffs' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiffs have not demonstrated reversible error.  <u>See</u> <u>id</u>.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**